Circuit Court for Montgomery County
Case No. 484826-V
Argued: May 10, 2022

IN THE COURT OF APPEALS

OF MARYLAND

Misc. Docket AG No. 72
September Term, 2020

---

ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND

v.

AMBER LISA MAIDEN

---

Fader, C. J.,
Watts
Hotten
Booth
Biran
Gould
Eaves

---

JJ.

---

PER CURIAM ORDER

---

Filed: May 11, 2022

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk

| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | IN THE |
| :--- | :---: | :--- |
| | * | COURT OF APPEALS |
| v. | * | OF MARYLAND |
| | * | Misc. Docket AG No. 72 |
| AMBER LISA MAIDEN | * | September Term, 2020 |

## PER CURIAM ORDER

For reasons to be stated in an opinion later to be filed, it is this 11th day of May 2022

**ORDERED**, by the Court of Appeals of Maryland, that the Respondent, Amber Lisa Maiden be, and she is hereby, indefinitely suspended, effective immediately, from the further practice of law in the State of Maryland; and it is further

**ORDERED** that the Clerk of this Court shall strike the name of Amber Lisa Maiden from the register of attorneys, and pursuant to Maryland Rule 19-761(b), shall certify that fact to the Trustees of the Client Protection Fund and the clerks of all judicial tribunals in the State; and it is further

**ORDERED** that Respondent shall pay all costs as taxed by the Clerk of this Court, including the costs of all transcripts, pursuant to Maryland Rule 19-709(d), for which sum judgment is entered in favor of the Attorney Grievance Commission of Maryland against Amber Lisa Maiden.

/s/ Matthew J. Fader
Chief Judge